UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHANIEL BELL,<br><br>  Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No. C05-5614-KLS<br><br><br>ORDER FOR REMAND |

Based upon stipulation between the parties, it is hereby ORDERED that the above captioned case be remanded to the Commissioner of Social Security for further administrative proceedings. 42 U.S.C. § 405(g) (sentence four). Upon remand, the ALJ shall: 1) update the medical record; 2) further evaluate Plaintiff's HIV status; 3) further evaluate the clinical findings and opinions of David Keller, M.D.; 4) consolidate all pending Title II and XVI applications for

Page 1      ORDER - [C05-5614-KLS]

disability benefits; 5) re-evaluate all of Plaintiff's earnings; and 6) complete any other actions necessary to develop the record and issue a new decision

DATED this 22nd day of March, 2006.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ JEFFREY BAIRD
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2205
FAX: (206) 615-2531
jeffrey.h.baird@ssa.gov

Page 2        ORDER - [C05-5614-KLS]